CARRIE REDDICK, PETITIONER-RESPONDENT, v. CITY OF NEWARK, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Vincent P. Torppey* for the petitioner.

*Mr. Fred Freeman* and *Mr. Seymour B. Jacobs* for the respondent.

September 12, 1955.

IN RE APPEAL OF PENNSYLVANIA RAILROAD COMPANY.

On petition for certification to Superior Court, Appellate Division.

See same case below: 34 *N. J. Super.* 103.

*Messrs. O'Mara, Schumann, Davis & Lynch* for the petitioner.

*Mr. John B. Graf* and *Mr. Leo Rosenblum* for the respondent.